

# Fourth Court of Appeals
## San Antonio, Texas

September 25, 2014

No. 04-14-00311-CV

Gerardo **LASCANO**,
Appellant

v.

**HUSER CONSTRUCTION COMPANY**,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. 12406B
Honorable M. Rex Emerson, Judge Presiding

# O R D E R

Appellee's brief was originally due on August 28, 2014. *See* TEX. R. APP. P. 38.6(b). This court granted Appellee's first motion for extension of time to file the brief until September 26, 2014. On September 23, 1014, Appellee filed an unopposed second motion for extension of time to file the brief until October 10, 2014.

Appellee's motion for extension of time is GRANTED. Appellee's brief must be filed with this court by October 10, 2014. *See id.*

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of September, 2014.

_____
Keith E. Hottle
Clerk of Court